

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2018

No. 04-16-00806-CR

Roger **SALDANA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 15-08-00031-CRF
Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The State has filed a motion "to withdraw letter brief" and "motion in opposition to appellant's request to supplement the record." The appellant's motion and request to which the State's motion refers was denied as moot in this court's August 8, 2018 memorandum opinion. *See* Mem. Op. at 4 ("We . . . deny Saldana's motion to supplement the appellate record as moot.").

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2018.

_____
Keith E. Hottle
Clerk of Court